IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ESTATE OF WILLIAM HAN
MANSTROM-GREENING, by and through
Carol J. Manstrom, Personal Representative,

        Plaintiff,
   v.

LANE COUNTY; LANE COUNTY
PAROLE AND PROBATION; DONOVAN
DUMIRE; and GLENN GREENING,

        Defendants.

GLENN GREENING,

        Counter Claimant,

   v.

ESTATE OF WILLIAM HAN
MANSTROM-GREENING, by and through
Carol J. Manstrom, Personal Representative,

        Counter Defendant.

No. 6: 18-cv-530-TC

OPINION AND ORDER

**MCSHANE, Judge:**

      Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation ("F&R"), ECF No. 31, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although the parties filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and

conclude that the report is correct. Judge Coffin's F&R is adopted in full. Accordingly, Defendants' motion to dismiss for failure to state a claim is DENIED.

IT IS SO ORDERED.

DATED this 3rd day of October, 2018.

/s/ Michael McShane_____
Michael J. McShane
United States District Judge