IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ESTATE OF WILLIAM HAN
MANSTROM-GREENING, by and through
Carol J. Manstrom, Personal Representative,

       Plaintiff,

v.

LANE COUNTY, LANE COUNTY PAROLE
AND PROBATION, DONOVAN DUMIRE,
and GLENN GREENING,

       Defendants.

Case No. 6:18-cv-00530-MC

ORDER

_____

MCSHANE, Judge:

    After the jury returned a verdict in favor of Defendants, Defendants moved for costs in the total amount of $3,462.55. ECF Nos. 207, 210. Defendants Lane County, Lane County Parole and Probation, and Donovan Dumire seek $658.30 for deposition and transcript costs. ECF No. 208. Defendant Glenn Greening seeks $2,804.25 for the same. ECF No. 211.

    Prevailing parties, like Defendants here, are generally entitled to an award of costs for depositions and transcripts under 28 U.S.C. § 1920. Fed. R. Civ. P. 54(d)(1). Plaintiff does not object to any of the requested costs and the time to do so has passed. Defendants filed affidavits as required by 28 U.S.C. § 1924 verifying the bill of costs. ECF Nos. 208, 211. Defendants'

1 – ORDER

Motions for Costs and Disbursements (ECF Nos. 207, 210) in the amounts of $658.30 and $2,804.25 are therefore GRANTED.

IT IS SO ORDERED.

DATED this 21st day of June, 2022.

_____/s/ Michael McShane_____  
Michael J. McShane  
United States District Judge

2 – ORDER